**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VICTOR RAYNARD PATTERSON,** | : | |
| | : | |
| Petitioner | : | CIVIL NO. 3:CV-15-0098 |
| | : | |
| v. | : | (Judge Caputo) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent | : | |

**O R D E R**

**AND NOW**, this **9th** day of **JUNE, 2017**, based on the accompanying memorandum, it is **ORDERED** that:

    1. The Petitioner's motions to supplement his Petition (ECF Nos. 8 and 11) are granted.

    2. Mr. Patterson's petition for writ of habeas corpus (ECF Nos. 1, 8 and 11) shall be transferred to the United States Court of Appeals for the Third Circuit in accordance with 28 U.S.C. § 1631.

    3. The Clerk of Court shall close this file.

                                                    **/s/ A. Richard Caputo**
                                                    **A. RICHARD CAPUTO**
                                                    **United States District Judge**